PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Norman, Lawrence                                Cr.: 07-00663-001
                                                                  PACTS Number: 48440

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 11/20/08

Original Offense: Statements or Entries Generally

Original Sentence: Probation four years, six months home confinement, DNA testing, employment restrictions, no new debt, financial disclosure and restitution in the amount of $133,920.

Type of Supervision: Probation                    Date Supervision Commenced: 11/20/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for ___ Years, for a total term of ___ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

The offender's judgement and commitment order will be amended to include his $400 payment and monthly schedule, due to him remaining current on making payments towards the restitution balance.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 6/15/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Offender has agreed to pay at least $400 monthly towards the restitution balance, until satisfied.

Witness: _____   Signed: _____
Senior U.S. Probation Officer           Probationer or Supervised Releasee
Stanley K. Whetstone                    Norman, Lawrence

_____6-17-09_____
DATE