PAUL J. FISHMAN
UNITED STATES ATTORNEY
UNITED STATES ATTORNEYS OFFICE
LEAH A. BYNON, ASSISTANT U.S. ATTORNEY
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2736

October 21, 2009

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. WILLIAM H. WALLS |
| PLAINTIFF, | : | CRIMINAL NO. 07-663 |
| v. | : | |
| LAWRENCE NORMAN, | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 4 day of November, 2009

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE WILLIAM H. WALLS
JUDGE, U.S. DISTRICT COURT